# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv18

| | |
|---|---|
| **CAREN S. WEST, Administrator of the Estate of Donovan Phillip West,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| Vs. | )     **ORDER**<br>) |
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the court upon the representation of the mediator made on September 4, 2008, that this action had settled and that a settlement agreement evidencing such agreement would be filed with the court within 10 days. Such time has well passed and no settlement agreement or dismissal has been filed, requiring entry of the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that respective counsel file the settlement agreement of a stipulation of dismissal not later than the close of business on October 22, 2008, or appear on October 23, 2008, at 12 noon in Asheville and show cause why such agreement or dismissal has not been filed.

Signed: October 15, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge